Keith Russell JUDD, Plaintiff–Appellant,

v.

Barack OBAMA (individually and in his official capacity as U.S. Senator), John McCain (individually and in his official capacity as U.S. Senator), Hillary Rodham Clinton (individually and in her official capacity as U.S. Senator), Project Vote Smart, Inc., Democratic National Committee, Republican National Committee, Obama for America National Committee, Hillary Clinton for President National Committee, John McCain for President National Committee, Federal Election Commission and Federal Communications Commission, Defendants–Appellees.

No. 2008–1278.

United States Court of Appeals, Federal Circuit.

April 2, 2008.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Keith Russell JUDD, Plaintiff–Appellant,

v.

UNITED STATES, Federal Bureau of Prisons, Federal Bureau of Investigation, U.S. Marshals Service, and U.S. Department of Justice, Defendants–Appellees.

Nos. 2008–1276, 2008–1277.

United States Court of Appeals, Federal Circuit.

April 2, 2008.

Keith Russell Judd, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

